UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMEN D. RABB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ESTEVEN FIGUEROA, et al.,<br><br>　　　　Defendants. | No. 1:23-cv-00843-JLT-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CERTIFICATE OF APPEALABILITY<br><br>(ECF No. 51) |

Plaintiff is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 17, 2024, Plaintiff filed a notice of appeal of the Court's March 19, 2024, order denying his motion for summary judgment, along with a motion for a certificate of appealability. (ECF Nos. 37, 50, 51.) Plaintiff is advised that while certificates of appealability are required in habeas corpus actions they are not needed in a civil rights action such as this one. See Miller-El v. Cockrell, 537 U.S. 322, 335-36, (2003) ("As mandated by federal statute, a state prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition. 28 U.S.C. § 2253.  Before an appeal may be entertained, a prisoner who was denied habeas relief in the district court must first seek and obtain a COA from a circuit justice or judge."); 28 U.S.C. § 2253(c)(1)(A) (noting that a COA is needed for habeas actions); Fed. R. App. P. 22(b)(1) ("In a habeas corpus proceeding in which the detention complained of arises

from process issued by a state court, or in a 28 U.S.C. § 2255 proceeding, the applicant cannot take an appeal unless a circuit justice or a circuit or district judge issues a certificate of appealability under 28 U.S.C. § 2253(c)."). Accordingly, Plaintiff's motion for a certificate of appealability is denied as unnecessary.

IT IS SO ORDERED.

Dated:   **April 18, 2024**

UNITED STATES MAGISTRATE JUDGE