**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMEN D. RABB,<br><br>        Plaintiff,<br><br>   v.<br><br>ESTEVEN FIGUEROA, et al.,<br><br>        Defendants. | No. 1:23-cv-00843 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING IN PART AND GRANTING IN PART DEFENDANTS' EXHAUSTION MOTON FOR SUMMARY JUDGMENT<br><br>(Docs. 32, 41) |

Plaintiff is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On April 4, 2024, the magistrate judge issued Findings and Recommendations recommending that Defendants' exhaustion motion for summary judgment be granted as to Plaintiff's retaliation claim and denied as to Plaintiff's deliberate indifference claim. (Doc. 41.) Plaintiff filed objections on April 17, 2024.[1] (Doc. 48.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

---

[1] Plaintiff correctly indicates that the Findings and Recommendations contained a typographical error at page 1, line 1 referring to Plaintiff as Isaiah J. Petillo. (Doc. 41.) Because the remainder of the Findings and Recommendations clearly refers to the correct casefile, the Court does not believe the typographical error is material and hereby corrects it to reflect that both the Findings and Recommendations and this order concern the above-captioned action brought by Damen D. Rabb.

1. The Findings and Recommendations issued on April 4, 2024 (Doc. 41) are **ADOPTED** in full.
2. Defendants' exhaustion motion for summary judgment is **GRANTED** as to Plaintiff's retaliation claim.
3. Plaintiff's retaliation claim is dismissed from the action, without prejudice, for failure to exhaust the administrative remedies.
4. Defendants' exhaustion motion for summary judgment is **DENIED** as to Plaintiff's deliberate indifference claim.

IT IS SO ORDERED.

Dated: **May 2, 2024**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE