1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11    DAMEN D. RABB,                          No.  1:23-cv-00843 JLT SAB (PC)

12              Plaintiff,                     ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS DENYING
13        v.                                   PLAINTIFF'S MOTION TO AMEND AND
                                               STRIKING FIRST AMENDED COMPLAINT
14    ESTEVEN FIGUEROA, et al.,                FROM THE RECORD

15              Defendants.                    (Docs. 33, 36, 38, 39)

16

17        Plaintiff is appearing pro se and in forma pauperis in this civil rights action filed pursuant

18   to 42 U.S.C. § 1983.  On March 25, 2024, the magistrate judge issued Findings and

19   Recommendations recommending that Plaintiff's motion to amend the complaint be denied and

20   Plaintiff's first amended complaint lodged with the Court be stricken from the record.  (Doc. 39.)

21   Plaintiff filed objections on April 5, 2024.  (Doc. 46.)

22        According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this

23   case.  Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes

24   the Findings and Recommendations are supported by the record and proper analysis.  Thus, the

25   Court **ORDERS**:

26        1.    The Findings and Recommendations issued on March 25, 2024 (Doc. 39) are

27              **ADOPTED** in full.

28        2.    Plaintiff's motions to amend the complaint (Docs. 33, 36) are **DENIED**.

1

3.      Plaintiff's first amended complaint lodged on March 21, 2024 (Doc. 38) is

**STRICKEN** from the record.

IT IS SO ORDERED.

Dated:    **May 2, 2024**

UNITED STATES DISTRICT JUDGE