UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMEN D. RABB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ESTEVEN FIGUEROA, et al.,<br><br>　　　　Defendants. | No. 1:23-cv-00843-JLT-SAB (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR DISCOVERY<br><br>(ECF No. 59) |

Plaintiff is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for discovery, filed May 31, 2024. Plaintiff seeks discovery from Defendants prior to the discovery deadline of July 1, 2024. (ECF No. 27.)

Plaintiff is advised that discovery requests are to be served on the attorney for the party from whom discovery is sought, and parties are not to file copies of their discovery requests with the Court except in the case of a discovery dispute. Accordingly, Plaintiff's motion for discovery filed on May 31, 2024, is HEREBY DISREGARDED as improperly filed with the Court.

IT IS SO ORDERED.

Dated:  **June 3, 2024**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1