1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10    DAMEN D. RABB,                          No.  1:23-cv-00843-JLT-SAB (PC)

11                    Plaintiff,              ORDER GRANTING DEFENDANTS'
                                              MOTION FOR EXTENSION OF TIME TO
12           v.                               FILE RESPONSES TO REQUEST FOR
                                              PRODUCTION OF DOCUMENTS
13    ESTEVEN FIGUEROA, et al.,
                                              (ECF No. 61)
14                    Defendants.

15

16           Plaintiff is appearing pro se and in forma pauperis in this civil rights action filed pursuant

17    to 42 U.S.C. § 1983.

18           Currently before the Court is Defendants' motion for extension of time to file response to

19    Plaintiff's request for production of documents, filed June 13, 2024.

20           Good cause having been presented, it is HEREBY ORDERED that the deadline for

21    Defendants to file responses to Plaintiff's request for production of documents is extended from

22    June 17, 2024 to **July 8, 2024**.

23

24    IT IS SO ORDERED.

25    Dated:   __June 13, 2024__          _____

26                                        UNITED STATES MAGISTRATE JUDGE

27

28

                                                   1