UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMEN D. RABB,<br><br>    Plaintiff,<br><br>  v.<br><br>ESTEVEN FIGUEROA, et al.,<br><br>    Defendants. | No. 1:23-cv-00843-JLT-SAB (PC)<br><br>ORDER RESETTING DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>(ECF Nos. 40, 55, 64) |

  Plaintiff is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

  On March 27, 2024, the Court vacated the discovery and dispositive motion deadlines until after the Court ruled on the then-pending motion for summary judgment for failure to exhaust the administrative remedies. (ECF No. 40.)

  On May 3, 2024, the Court adopted the Findings and Recommendations, denying in part and granting in part Defendants' exhaustion motion for summary judgment. (ECF No. 55.) Accordingly, it is HEREBY ORDERED that:

  1. The deadline for completion of discovery, including filing all motions to compel discovery, is **September 16, 2024**;

  2. The deadline for the filing of dispositive motions is **November 15, 2024**; and

///

3. All other provisions of the Court's October 30, 2023, scheduling order remain in effect.

IT IS SO ORDERED.

Dated: **June 18, 2024**

UNITED STATES MAGISTRATE JUDGE