UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMEN D. RABB,<br><br>         Plaintiff,<br><br>    v.<br><br>ESTEVEN FIGUEROA, et al.,<br><br>         Defendants. | No. 1:23-cv-00843-JLT-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PLAINTIFF A COPY OF DOCKET LISTING COUNSEL'S ADDRESS OF RECORD FOR SERVICE OF DOCUMENTS<br><br>(ECF No. 66) |

Plaintiff is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request for Defendants address of record as he has received documents from different mailing addresses. Pursuant to Local Rule 182, service on counsel for Defendants is fully effective at the address of record listed on the docket. See Local Rule 182(c), (f). Accordingly, it is HEREBY ORDERED that the Clerk of Court shall send Plaintiff a copy of the docket reflecting counsel's address of record for service of documents.

IT IS SO ORDERED.

Dated:   **July 2, 2024**

UNITED STATES MAGISTRATE JUDGE

1