UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMEN D. RABB,<br><br>          Plaintiff,<br><br>     v.<br><br>ESTEVEN FIGUEROA, et al.,<br><br>          Defendants. | No. 1:23-cv-00843-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 90) |

Plaintiff is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the scheduling order, filed January 14, 2025.

Good cause having been presented, it is HEREBY ORDERED that the discovery and dispositive motion deadlines are stayed until a final ruling on the pending Findings and Recommendations to grant Defendants' motion for terminating sanctions. The deadlines will be rest if necessary.

IT IS SO ORDERED.

Dated:   **January 14, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1